No. 70–5126. VICKERS *v.* COINER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 70–5128. PARKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 70–5129. RAINEY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 70–5130. WILSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 70–5131. SIMUEL *v.* UNITED STATES; and
No. 70–5134. MITCHELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 439 F. 2d 687.

No. 70–5132. BAZZELLE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 70–5133. FINCH *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 70–5137. CASIANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 70–5141. KONIGSBERG *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 70–5143. CHAPMAN *v.* MOSELEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 70–5144. BLUE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 70–5145. LUND *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 70–5149. REEVES *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.